UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


JAMES BASHON GARNER,

                Plaintiff,                                Case No. 2:05-cv-79

v.                                              Hon. Richard Alan Enslen

UNKNOWN NAPEL, et al.,

                Defendants.

_____/


**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action. The Report and Recommendation was duly served on the parties.

No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate

Judge, filed December 14, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reason

stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                    ___/s/Richard Alan Enslen_____

February 2, 2007                           Richard Alan Enslen

                                          Senior United States District Judge